UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

***********************************

STEPHEN CURTIS,

        Plaintiff,

vs.                        CIVIL ACTION NO. 04 10782 NG

WAL-MART STORES, INC. d/b/a WAL-MART,

        Defendant.

***********************************

## NOTICE OF APPEARANCE

NOW COMES Skoler, Abbott & Presser, P.C., by Marylou Fabbo, Esq., and herewith notices its appearance as counsel for Defendant, Wal-Mart Stores, Inc. d/b/a Wal-Mart, in the above action.

        Respectfully submitted,

        */s/ Marylou Fabbo*
        Marylou Fabbo, Esq.
        BBO No. 566613
        Counsel for Defendant
        Skoler, Abbott & Presser, P.C.
        One Monarch Place, Suite 2000
        Springfield, Massachusetts 01144

Dated: April 14, 2004        Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Appearance* was served upon the attorney of record for each other party, by first-class, U.S. mail, postage prepaid, on April 14, 2004.

        */s/ Marylou Fabbo*
        Marylou Fabbo, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753