UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
************************************
                                    *
STEPHEN CURTIS,                     *
                                    *
              Plaintiff,            *
                                    *   CIVIL ACTION NO.
vs.                                 *   04 10782 NG
                                    *
WAL-MART STORES, INC. d/b/a WAL-MART,*
                                    *
              Defendant.            *
                                    *
************************************
```

## ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The Defendant, Wal-Mart Stores, Inc. d/b/a Wal-Mart, herewith respectfully requests that the court allow Defendant an additional ten days for which to file its responsive pleading in the above-referenced matter.

Counsel for the Plaintiff has assented to this Motion.

Assented to (via telephone):                    Respectfully submitted,

_____                       _____
Sol J. Cohen, Esq.                              Marylou Fabbo, Esq.
BBO #630776                                     BBO No. 566613
Counsel for Plaintiff                           Counsel for Defendant
Cohen & Sales                                   Skoler, Abbott & Presser, P.C.
43 Thorndike Street                             One Monarch Place, Suite 2000
Cambridge, MA 02141                             Springfield, Massachusetts 01144
Tel.: (617) 621-1151/Fax: (617) 494-0084        Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated:   April 14, 2004

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Assented to Motion to Extend Time to File Responsive Pleading* was served upon the attorney of record for each other party, by first-class, U.S. mail, postage prepaid, on April 14, 2004.

*/s/ Marylou Fabbo*
Marylou Fabbo, Esq.

SKOLER, ABBOTT
& PRESSER, P.C.
ATTORNEYS AT LAW
ONE MONARCH PLACE
SUITE 2000
SPRINGFIELD, MA. 01144
(413) 737-4753