UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************
                                  *
STEPHEN CURTIS,                   *
                                  *
            Plaintiff,            *
                                  *
v.                                *    CIVIL ACTION NO. 04-10782-NG
                                  *
WAL-MART STORES, INC.,            *
                                  *
            Defendant.            *
                                  *
**********************************
```

## JOINT PROPOSED PRE-TRIAL SCHEDULE

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Mass. L. Civ. R. 16.1, a conference was held. The participants were: Sol Cohen, Esq., for Plaintiff, Stephen Curtis, and Marylou Fabbo, Esq., for Defendant, Wal-Mart Stores, Inc.

1.  Automatic disclosure under Fed. R. Civ. P. 26(a) will be served on or before April 15, 2005.

2.  The parties anticipate that discovery will be needed on the following subjects:

    a.  The factual allegations in the Complaint.

    b.  The Plaintiff's claims for damages, including the extent of the Plaintiff's emotional distress, if any.

    c.  The Plaintiff's efforts to mitigate his damages.

3.  All non-expert written discovery will be served by June 15, 2005.

4.  All non-expert depositions will be concluded by September 30, 2005;

5.  Plaintiff will identify his experts, if any, and produce expert discovery required by Fed. R. Civ. P. 26 by October 31, 2005.

-2-

6. Defendant will identify its experts, if any, and produce expert discovery required by Fed. R. Civ. P. 26 November 31, 2005.

7. All expert discovery will be completed by January 31, 2006.

8. Dispositive motions will be filed by March 1, 2006, and responded to within the time frame provided by Fed. R. Civ. P. and Local Rules.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

| The Defendant | The Plaintiff |
| --- | --- |
| By Its Attorney, | By His Attorney, |
| /s/ Marylou Fabbo | /s/ Sol J. Cohen |
| Marylou Fabbo, Esq. | Sol J. Cohen, Esq. |
| BBO No. 566613 | BBO No. 630776 |
| Skoler, Abbott & Presser, P.C. | Cohen & Sales |
| One Monarch Place, Suite 2000 | 43 Thorndike Street |
| Springfield, Massachusetts 01144 | Cambridge, MA 02141 |
| Tel.: (413) 737-4753/Fax: (413) 787-1941 | Tel.: (617) 621-1151/Fax: (617) 494-0084 |
| Dated: February 16, 2005 | Dated: February 16, 2005 |