UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10782-NG

_____
                                        )
STEPHEN CURTIS,                         )
                                        )
        Plaintiff                       )
                                        )
v.                                      )
                                        )
WAL-MART STORES, INC.,                  )
                                        )
        Defendant                       )
_____)

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1 (D) (ADDENDUM TO JOINT STATEMENT)**

NOW COMES Sol J. Cohen, attorney for the plaintiff, and hereby certifies that he has conferred with the plaintiff with respect to establishing a budget for the full course of litigation and to consider alternative dispute resolution programs.

By his attorney,

Acknowledgement:


      /s/__                                    /s/__
Stephen Curtis                         Sol J. Cohen
                                       BBO # 630776
                                       COHEN & SALES
                                       43 Thorndike Street
                                       Cambridge, MA 02141
                                       (617) 621-1151

## CERTIFICATE OF SERVICE

     I, Sol J. Cohen, attorney for the plaintiff, Stephen Curtis, hereby certify that on this _____ day of _____, 2005, I served a copy of the above document on the defendants in this action, by mailing the same, postage pre-paid to the defendants' attorney at the following address:

Marylou Fabbo, Esq.
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144

 

                                         _____
                                         Sol J. Cohen