UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN CURTIS,<br><br>                 Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>                 Defendant. | CIVIL ACTION NO. 04-10782-NG<br><br>**DEFENDANT'S RULE 16.1 CERTIFICATION** |

Pursuant to Local Rule 16.1, the Defendant, Wal-Mart Stores, Inc. (hereinafter "Defendant"), and its counsel, Marylou Fabbo, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_Marylou Fabbo_
Marylou Fabbo, Esq.
BBO #566613
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941
Dated: February 23, 2005

Wal-Mart Stores, Inc.

_Sheila Cole_
Sheila A. Cole
Assistant General Counsel
Employment Litigation

Dated: February 17th, 2005