UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10782-NG

_____
                                    )
STEPHEN CURTIS,                     )
                                    )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
WAL-MART STORES, INC.,              )
                                    )
    Defendant                       )
_____)

## PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1 (D) (ADDENDUM TO JOINT STATEMENT)

NOW COMES Sol J. Cohen, attorney for the plaintiff, and hereby certifies that he has conferred with the plaintiff with respect to establishing a budget for the full course of litigation and to consider alternative dispute resolution programs.

By his attorney,

Acknowledgement:

/s/__Stephen Curtis         /s/_Sol J. Cohen
Stephen Curtis              Sol J. Cohen
                              BBO # 630776
                              COHEN & SALES
                              43 Thorndike Street
                              Cambridge, MA 02141
                              (617) 621-1151