

# SKOLER, ABBOTT&PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

Marylou Fabbo*  
MFabbo@skoler-abbott.com

Also admitted in Connecticut

August 1, 2005  
**BY FAX AND REGULAR MAIL**

Sol J. Cohen, Esq.  
Cohen & Sales  
43 Thorndike Street  
Cambridge, MA 02141

Re: Stephen Curtis v. Wal-Mart Stores, Inc.  
<u>Docket No. 04-10782-NG</u>

Dear Mr. Cohen:

I have enclosed two (2) originals of the *Stipulation of Confidentiality Agreement* for you to sign. Please send me the medical records today so that I have time to review them before the deposition.

Sincerely,

Marylou Fabbo

MLF: ls

Enclosures

cc. Wal-Mart Stores, Inc. (w/encl.)

Suite 2000 • One Monarch Place • Springfield, MA 01144 • 413-737-4753 • Fax 413-787-1941 • *www.skoler-abbott.com*  
255 Park Avenue • Worcester, MA 01605 • 508-757-5335  
Affiliate of Worklaw Network: The nationwide network of management labor and employment law firms.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10782-NG

|  |  |
|---|---|
| STEPHEN CURTIS, | ) |
| Plaintiff | ) |
| v. | ) |
| WAL-MART STORES, INC., | ) |
| Defendant. | ) |

## STIPULATON OF CONFIDENTIALITY

WHEREAS, the parties in the above-entitled action desire to designate medical records, mental health treatment records and other records as confidential, the parties hereby stipulate as follows:

1. From time to time throughout this litigation, the parties may designate any records (and their contents) produced to one another as "confidential." The parties may so designate records by stamping or otherwise marking the designated records as confidential. The parties hereby agree that the plaintiff's mental health treatment records, home addresses, and home telephone numbers, shall be "confidential" for purposes of this stipulation, regardless of whether such mental health treatment records or other information is so marked.

2. Once a party designates records as "confidential," neither party may disclose, publicize or distribute such records to anyone, with the exception of individuals described in this stipulation, and except as directed or ordered by the Court.

3. The parties may use the records marked "confidential" at the trial of this matter without limitation.

4. The parties may use the records marked "confidential" in this litigation as attachments to motions or pleadings filed with the court and as exhibits in depositions.

5. The parties may furnish the records marked "confidential" to their respective expert witnesses or individuals from whom they seek expert consultation, but shall furnish such experts or consultants with a copy of this stipulation and a request and instruction that such experts or consultants not disclose, publicize or distribute such records except in accordance with the terms of this stipulation.

6. The parties may furnish the records marked "confidential" to the individuals who have decision making authority in this litigation and to any witness or potential witness to whose testimony the records are relevant. "Decision making authority" shall be defined as the authority to settle or otherwise finally resolve the matter and to make strategic litigation decisions on behalf of the respective party. Counsel shall furnish such individuals with a copy of this stipulation and an instruction that such individuals are bound to the terms of this stipulation, and counsel shall have any such individual sign a copy of this Stipulation to indicate their agreement to be bound by its terms. Counsel shall not be required to furnish the stipulation signed by any such individuals without Court order.

7. Should the parties seek to disclose or publicize the records marked "confidential" in any manner not described in this stipulation, the parties shall seek leave of Court to so disclose or publicize such records or their contents.

| | |
|---|---|
| The Defendant<br>By Its Attorney,<br><br>*/s/ Marylou Fabbo*<br>Marylou Fabbo, Esq.<br>BBO No. 566613<br>Skoler, Abbott & Presser, P.C.<br>One Monarch Place, Suite 2000<br>Springfield, Massachusetts 01144<br>Tel.: (413) 737-4753/Fax: (413) 787-1941<br><br>Date: 8/1/05 | The Plaintiff<br>By His Attorney,<br><br>_____<br>Sol J. Cohen, Esq.<br>BBO No. 630776<br>Cohen & Sales<br>43 Thorndike Street<br>Cambridge, MA 02141<br>Tel.: (617) 621-1151/Fax: (617) 494-0084<br><br>Date:_____ |

3