UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN CURTIS,<br><br>              Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>              Defendant. | **CIVIL ACTION NO. 04-10782-NG** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-entitled action hereby state that this matter has been resolved and stipulate that said action be withdrawn and dismissed *with prejudice*.

                                      PLAINTIFF, STEPHEN CURTIS

                                      By His Attorney,

Dated: October 3, 2005         /s/ Sol J. Cohen_____
                                        Sol J. Cohen, Esq.
                                        BBO #630776
                                        Cohen & Sales
                                        43 Thorndike Street
                                        Cambridge, MA 02141
                                        Tel: (617) 621-1151/Fax: (617) 494-0084

                                        THE DEFENDANT, WAL-MART STORES INC.,

                                        By Its Attorney:

Dated: October 3, 2005         /s/ Marylou Fabbo_____
                                        Marylou Fabbo, Esq.
                                        BBO #566613
                                        Skoler, Abbott & Presser, P.C.
                                        One Monarch Place, Suite 2000
                                        Springfield, Massachusetts 01144
                                        Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was electronically served upon Sol J. Cohen, Esq., Cohen & Sales, 43 Thorndike Street, Cambridge, MA 02141 on October 3, 2005.

                                             /s/ Marylou Fabbo_____
                                             Marylou Fabbo, Esq.